**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guillermo Ortega, III, | No. CV-20-00361-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Respondents. | |

Petitioner filed a "Motion for Reconsideration or Rule 60" and a separate "Rule 60 Motion." (Doc. 20, 21). Neither motion presents a basis for relief.

Accordingly,

**IT IS ORDERED** the Motion for Reconsideration or Rule 60 (Doc. 20) and the Rule 60 Motion (Doc. 21) are **DENIED**.

Dated this 11th day of June, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge